UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61153-Civ-Cohn/Seltzer

JEFFREY D. BIANCHI,

     Plaintiff,

v.

 DYNAMIC RECOVERY SOLUTIONS, LLC

     Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) , the parties jointly stipulate to a

Dismissal without Prejudice of this action with each party to bear its own attorney's fees

and costs except as otherwise agreed by the parties.


Donald A. Yarbrough, Esq.          Charles J. McHale, Jr., Esq.
Attorney for Plaintiff                Attorney for Defendant
Post Office Box 11842               Golden Scaz Gagain, PLLC
Fort Lauderdale, Florida  33339      201 North Armenia Avenue
Telephone: 954-537-2000
Facsimile: 954-566-2235           Tampa, FL 33609
                               Telephone: 813-251-3688
                               Facsimile: 813-251-3675


By:  /s/ Donald A. Yarbrough      By: /s/ Charles J. McHale
Donald A. Yarbrough, Esq.          Charles J. McHale, Jr., Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61153-Civ-Cohn/Seltzer

JEFFREY D. BIANCHI,

     Plaintiff,

v.

 DYNAMIC RECOVERY SOLUTIONS, LLC

     Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>August 8, 2013,</u>I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Charles J. McHale, Jr.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-3688
Facsimile: 813-251-3675

<u>Via Notices of Electronic Filing generated by CM/ECF</u>