UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61153-CIV-COHN/SELTZER

JEFFREY D. BIANCHI,

    Plaintiff,

v.

DYNAMIC RECOVERY
SOLUTIONS, LLC,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal Without Prejudice [DE 19]. The Court having reviewed this filing, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal Without Prejudice [DE 19] is **GRANTED**;

2. The above-styled action is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties; and

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 9th day of August, 2013.

_____
JAMES I. COHN
United States District Judge

Copies to:

Counsel of record via CM/ECF